May 17, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON,
Appellant

NO. 14-15-00449-CV                 V.

CAROLYN CALLAS, RAY CALLAS AND JAMIE CALLAS, INDIVIDUALLY
AND AS THE REPRESENTATIVES OF THE ESTATE OF GERALD CALLAS
AND FOR AND ON BEHALF OF ANY WRONGFUL DEATH
BENEFICIARIES, Appellees

_____

This cause, an appeal from the order in favor of appellees, Carolyn Callas, Ray Callas and Jamie Callas, Individually and as the Representatives of the Estate of Gerald Callas and for and on behalf of any Wrongful Death Beneficiaries, signed, May 4, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, The University of Texas Medical Branch at Galveston, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.